**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                In Replying Give Number
Clerk                                                                         Of Case and Names of Parties

September 7, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **DECEMBER 4, 2023, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.*
*PLEASE REFER TO CALENDAR #4.*

| Case No. | Case Name |
|---|---|
| 21-14504 | Commodities & Minerals Enterprise, Ltd. V. CVG Ferrominera |
| 22-12675 | Kinsale Insurance Company v. Pride of St. Lucie Lodge 1189, Inc., et al. |
| 22-10604 | United States v. Victor Vargas (REVISED ARGUMENT DATE) |
| 22-10419 | United States v. Jonathan Bianco (REVISED ARGUMENT DATE) |
| 22-12518 | Baer's Furniture Co., Inc. v. Comcast Cable Communications, LLC |
| 22-10408 | United States v. Jonathan Daniels |
| 22-11106 | Dudley Teel v. Jonathan Lozada |
| 22-11977 | RJ's International Trading, LLC v. Crown Castle South, LLC |
| 22-13383 | Armando Guevara v. Lafise Corp., et al. |
| 22-11175 | United States v. Joseph Sanfilippo |
| 22-13940 | Earline McBride v. Carnival Corporation |
| 22-12280 | Shekeara Admore v. Hospice of Palm Beach County Inc. |
| 23-10315 | Worth Group, Inc., et al. v. Rosalyn Morales |
| 22-14058 | United States v. Isac Schwarzbaum |